UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:21-cr-7 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| HILARY S. TAYES ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 118) recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea to Count One (lesser included offense) of the ten-count Indictment; (2) accept Defendant's guilty plea to Count One (lesser included offense) of the ten-count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 118) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea to Count One (lesser included offense) of the ten-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One (lesser included offense) of the ten-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C) and 846; and

Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **July 15, 2022, at 9:00 a.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**